# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZHENHUA ZHANG, | ) | CASE NO. 2:16-cv-01983-PA-MRW |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **PLAINTIFF'S NOTICE** |
| v. | ) | **OF DISMISSAL** |
| | ) | **PURSUANT** |
| DONALD NEUFELD, et al., | ) | **TO FEDERAL RULES OF CIVIL** |
| | ) | **PROCEDURE 41(A)** |
| Defendants. | ) | |

Having considered Plaintiff's NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) and finding good cause therefore,

IT IS HEREBY ORDERED that :

This action is dismissed by the Plaintiff(s) in its entirety.

DATED: September 27, 2016

_____
District Court Judge

- 1 -